

**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street**
**New Orleans, Louisiana 70130**
(504) 589-7545

**SELF INITIATED**
**AMENDMENT**

August 30, 2006

Mr. John Staley
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Dear Mr. Staley:

> Re:   2005 Financial Disclosure Report
>        Fallon, Eldon E., District Judge

    I am returning the original and three copies of pages 5, 7, 9 and 10 of my 2005 Financial Disclosure Report. I have made changes as follows:

> **Page 5**, line 32 and 33, deleted the codes in C (1) and (2);
> **Page 7**, line 57, added the amount code in B (1);
> **Page 9**, lines 91 through 102, added value and method information in C (1) and (2), and deleted the gain code in D (4);
> **Page 10**, lines 103 through 109, added value and method information in C (1) and (2), and deleted the gain code in D (4);
> **Page 10**, line 110, added the value and method information in C (1) and (2);
> **Page 10**, line 111, added value and method information in C (1) and (2), and deleted the gain code in D (4).

    Please let me know if any additional information is required in connection with closing my 2005 Financial Disclosure Report.

    Thank you for your kind attention and courteous cooperation.

Sincerely,



Eldon E. Fallon

EEF/rl
Encls.



RECEIVED

SEP 5 10 41 AM '06

FINANCIAL
DISCLOSURE OFFICE

August 31, 2006

Mr. Staley,

     I believe I have made the corrections you suggested, however, I note I left line 2 of Section VII completely blank. I believe that I may have inserted a line in the wrong place. All the information appears to be there. I did not correct it because we did not talk about it, but wondered whether I should delete line 2 on the next report and explain it on the added explanation page? It would seem best to me.

     Further, when Judge purchases additional stock, should I change the amount on the original line or go ahead and list the new stock by line as I have done. An example is line 65 PIMCO, he purchased additional shares in 2005 as indicated on line 107. Basically the same with lines 101 and 102 JP MORGAN. It is a bit confusing, and this has been a very busy year for Section L, as well as still trying to recover and rebuild post *Katrina*.

     I assume this inquiry does not become a part of Judge Fallon's 2005 report although I will keep a copy of my note with the report in this office.

     Thanks for your advice.



| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PARCEL #7, NOLA | B | Rent | K | W | | | | | |
| 19. PARCEL #8, NOLA | B | Rent | K | W | | | | | |
| 20. PARCEL #9, NOLA | B | Rent | K | W | | | | | |
| 21. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 22. VANGUARD INDEX TRUST SMALL CAP STOCK PORTFOLIO (NAESX)MUTUAL | A | Dividend | K | T | | | | | |
| 23. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 24. NATIONSBANK CORP (BONDS) | B | Interest | K | T | | | | | |
| 25. *GNMA'S POOL (BONDS) | B | Interest | K | T | | | | | |
| 26. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. EXXON MOBIL CORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. CITIGROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. PFIZER (formerly Warner Lambert common stock) | A | Dividend | | | Sold | 2/17 | J | A | |
| 31. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. WAL MART STORES INC COMMON STOCK | A | Dividend | | | Sold | 7/12 | K | A | |
| 33. KRAFT FOODS INC. CL A | A | Dividend | | | Sold | 12/14 | J | A | |
| 34. LOCKHEED MARTIN CORP COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PLUM CREEK TIMBER DEPOSITARY UNIT | A | Dividend | J | T | | | | | |
| 53. SARA LEE CORP | A | Dividend | | | Sold | 12/14 | K | A | |
| 54. VANGUARD FXD INC SECS INFL PROT SECS | A | Dividend | K | T | | | | | |
| 55. VANGUARD GNMA PORTFOLIO | A | Dividend | L | T | | | | | |
| 56. WASHINGTON MUTUAL INC COM | A | Dividend | K | T | | | | | |
| 57. ALUMINUM CO AMER | A | Dividend | J | T | | | | | |
| 58. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 59. DEVON ENERGY CORP NEW COM | A | Dividend | K | T | | | | | |
| 60. DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 61. DUKE POWER CO | A | Dividend | J | T | | | | | |
| 62. JOHN HANCOCK BK & THRIFT SH BEN INT | A | Dividend | J | T | | | | | |
| 63. OIL STS INTL INC COM | A | Dividend | J | T | | | | | |
| 64. PENN VA RES PARTNERS LP COM | A | Dividend | J | T | | | | | |
| 65. PIMCO CORPORATE OPP FD COM | A | Dividend | J | T | | | | | |
| 66. SAN JUAN BASIN ROYALTR UNIT BEN INT | A | Dividend | J | T | | | | | |
| 67. SOUTHERN CO. | A | Dividend | J | T | | | | | |
| 68. VANGUARD TOTAL STOCK MKT INDEX FUND | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HOME DEPOT | A | Dividend | J | T | | | | | |
| 87. FOREST LABS INC. COM | A | Dividend | | | Sold | 2/17 | J | B | |
| 88. GNMA PASS-THRU X SINGLE FLY | C | Interest | K | T | | | | | |
| 89. INTERNATIONAL BUS. MACHINES | A | Dividend | | | Sold | 7/12 | J | A | |
| 90. INTERNATIONAL FLAV & FRA | A | Dividend | | | Sold | 2/17 | J | A | |
| 91. AMB PROPERTY CORP COM | A | Dividend | J | T | Purchased | 2/17 | J | | |
| 92. BAKER HUGHES INC | A | Dividend | K | T | Purchased | 12/14 | K | | |
| 93. BANK AMERICA CORP | A | Dividend | J | T | Purchased | 4/21 | J | | |
| 94. CHESAPEAKE ENERGY CORP. | A | Dividend | K | T | Purchased | 12/14 | K | | |
| 95. DIAMOND OFFSHORE | A | Dividend | J | T | Purchased | 7/29 | J | | |
| 96. ENI SPA SPONSORED ADR | A | Dividend | J | T | Purchased | 7/12 | J | | |
| 97. HEALTH CARE PPTY INVS COM | A | Dividend | J | T | Purchased | 4/21 | J | | |
| 98. INTEL CORP | A | Dividend | J | T | Purchased | 7/12 | J | | |
| 99. ISHARES INC MSCI CDA INDEX | A | Dividend | K | T | Purchased | 3/4 | K | | |
| 100. ISHARESTR DJ SEL DIV INX | A | Dividend | J | T | Purchased | 7/12 | J | | |
| 101. J P MORGAN CHASE & CO COM | A | Dividend | J | T | Purchased | 4/21 | J | | |
| 102. J P MORGAN CHASE & CO COM | A | Dividend | J | T | Purchased | 12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KERR MCGEE CORP | A | Dividend | J | T | Purchased | 2/17 | J | | |
| 104. OCCIDENTAL PETE CP DEL | A | Dividend | J | T | Purchased | 2/17 | J | | |
| 105. OIL SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | J | T | Purchased | 2/17 | J | | |
| 106. OI. SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | J | T | Purchased | 3/4 | J | | |
| 107. PIMCO CORPORATE INC FD COM | A | Dividend | K | T | Purchased | 2/17 | K | | |
| 108. SECTOR SPDR TR SBI INT-ENERGY | A | Dividend | J | T | Purchased | 2/17 | J | | |
| 109. TEMPLE INLAND INC. | A | Dividend | J | T | Purchased | 7/12 | J | | |
| 110. TEXAS INSTRUMENTS | A | Dividend | J | T | Purchased | 7/12 | J | | |
| 111. USX--US STEEL | A | Dividend | J | T | Purchased | 2/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E | U.S.District Court,Louisiana | 08/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. DISTRICT COURT<br>500 POYDRAS STREET - ROOM C456<br>NEW ORLEANS, LA 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. Board Member | Louisiana Supreme Court Historical Society |
| 3. Trustee | Testamentary Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 18 A 10: 37 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2005 | Thompson-West (book royalty) | $ 598.75 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American College of Trial Lawyers -- Speaker MDL | 5/5 - 5/7/05 Little Rock, AK (Travel, Housing and Food) |
| 2. George Mason -- Law & Economics | 6/9 - 6/12/05 LaJolla, CA (Tavel, Housing and Food) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 1. PARCEL #1, NOLA | C | Rent | K | W | | | | | |
| 2. | | | | | | | | | |
| 3. PARCEL #2, NOLA | C | Rent | K | W | | | | | |
| 4. PARCEL #3, NOLA | C | Rent | K | W | | | | | |
| 5. PARCEL #4, NOLA | C | Rent | K | W | | | | | |
| 6. PARCEL #5, NOLA | E | Rent | O | W | | | | | |
| 7. PARCEL#6, MS (Pearl River County) | B | sold cows | O | W | | | | | |
| 8. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. FIDELITY FUND COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. ANODARKA COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. IRA - AM SOUTH | D | Dividend | N | T | | | | | |
| 15. *BANK ONE (IRA) | B | Dividend | K | T | | | | | |
| 16. *SCHWAB MONEY MARKET ACCOUNT | D | Interest | N | T | | | | | |
| 17. SAVING/FIDELITY HOMESTEAD ASSN' | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PARCEL #7, NOLA | B | Rent | K | W | | | | | |
| 19. PARCEL #8, NOLA | B | Rent | K | W | | | | | |
| 20. PARCEL #9, NOLA | B | Rent | K | W | | | | | |
| 21. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 22. VANGUARD INDEX TRUST SMALL CAP STOCK PORTFOLIO (NAESX)MUTUAL | A | Dividend | K | T | | | | | |
| 23. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 24. NATIONSBANK CORP (BONDS) | B | Interest | K | T | | | | | |
| 25. *GNMA'S POOL (BONDS) | B | Interest | K | T | | | | | |
| 26. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. EXXON MOBIL CORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. CITIGROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. PFIZER (formerly Warner Lambert common stock) | A | Dividend | | | Sold | 2/17 | J | A | |
| 31. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. WAL MART STORES INC COMMON STOCK | A | Dividend | K | T | Sold | 7/12 | K | A | |
| 33. KRAFT FOODS INC. CL A | A | Dividend | J | T | Sold | 12/14 | J | A | |
| 34. LOCKHEED MARTIN CORP COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MCGRAW HILL, INC. | A | Dividend | J | T | | | | | |
| 36. PEPSICO, INC. | A | Dividend | K | T | | | | | |
| 37. RAYTHEON CO. | A | Dividend | J | T | | | | | |
| 38. ROCKWELL COLLINS INC. COM | A | Dividend | J | T | | | | | |
| 39. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 40. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 41. UNITED POSTAL SERVICE | A | Dividend | | | Sold | 7/12 | J | A | |
| 42. UNITED TECHNOLOGIES CP | A | Dividend | K | T | | | | | |
| 43. WALGREEN CO | A | Dividend | | | Sold | 8/23 | K | D | |
| 44. WELLS FARGO CORP | A | Dividend | K | T | | | | | |
| 45. FNMA MTG POOL | C | Interest | K | T | | | | | |
| 46. BOSTON PROPERTIES INC COM | A | Dividend | K | T | | | | | |
| 47. CONAGRA INC COM | A | Dividend | | | Sold | 7/12 | K | A | |
| 48. ENTERPRISE PRODS PARTN COM [formerly GULFTERRA ENERGY]] | A | Dividend | K | T | | | | | |
| 49. MASCO CORP | A | Dividend | | | Sold | 8/19 | K | B | |
| 50. OGE ENERGY CORP | A | Dividend | K | T | | | | | |
| 51. PEOPLES ENERGY CORP COM | A | Dividend | | | Sold | 12/23 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PLUM CREEK TIMBER DEPOSITARY UNIT | A | Dividend | J | T | | | | | |
| 53. SARA LEE CORP | A | Dividend | | | Sold | 12/14 | K | A | |
| 54. VANGUARD FXD INC SECS INFL PROT SECS | A | Dividend | K | T | | | | | |
| 55. VANGUARD GNMA PORTFOLIO | A | Dividend | L | T | | | | | |
| 56. WASHINGTON MUTUAL INC COM | A | Dividend | K | T | | | | | |
| 57. ALUMINUM CO AMER | | Dividend | J | T | | | | | |
| 58. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 59. DEVON ENERGY CORP NEW COM | A | Dividend | K | T | | | | | |
| 60. DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 61. DUKE POWER CO | A | Dividend | J | T | | | | | |
| 62. JOHN HANCOCK BK & THRIFT SH BEN INT | A | Dividend | J | T | | | | | |
| 63. OIL STS INTL INC COM | A | Dividend | J | T | | | | | |
| 64. PENN VA RES PARTNERS LP COM | A | Dividend | J | T | | | | | |
| 65. PIMCO CORPORATE OPP FD COM | A | Dividend | J | T | | | | | |
| 66. SAN JUAN BASIN ROYALTR UNIT BEN INT | A | Dividend | J | T | | | | | |
| 67. SOUTHERN CO. | A | Dividend | J | T | | | | | |
| 68. VANGUARD TOTAL STOCK MKT INDEX FUND | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |
| 70. APPLIED MATLS INC. COMMON STOCK | A | Dividend | | | Sold | 2/14 | J | A | |
| 71. CISCO SYSTEMS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. DELL COMPUTER CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 73. EMC CORP COMMON STOCK | A | Dividend | | | Sold | 2/17 | J | A | |
| 74. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. GLOBAL SANTE FE CORPS SHS (formerly GLOBAL MARINE, merged) | A | Dividend | J | T | | | | | |
| 76. KEY ENERGY SVCS INC. COMMON STOCK | A | Dividend | | | Sold | 9/29 | J | B | |
| 77. PRIDE INTERNAT'L COMMON STOCK | A | Dividend | | | Sold | 2/17 | J | A | |
| 78. CHECK POINT SOFTWARE COMMON STOCK | A | Dividend | J | | Sold | 2/17 | J | A | |
| 79. SCHWABB MONEY MARKET FUND (See VII for explanation) | C | Interest | N | T | | | | | |
| 80. BOEING CO. | A | Dividend | J | T | | | | | |
| 81. EMERSON ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 82. OIL STS INTERNAT'L INC.CO. | A | Dividend | K | T | | | | | |
| 83. BANKAMERICA CORP. | A | Dividend | J | T | | | | | |
| 84. BELLSOUTH CORP. | A | Dividend | | | Sold | 2/14 | J | A | |
| 85. BED BATH & BEYOND INC. COM | A | Dividend | | | Sold | 2/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HOME DEPOT | A | Dividend | J | T | | | | | |
| 87. FOREST LABS INC. COM | A | Dividend | | | Sold | 2/17 | J | B | |
| 88. GNMA PASS-THRU X SINGLE FLY | C | Interest | K | T | | | | | |
| 89. INTERNATIONAL BUS. MACHINES | A | Dividend | | | Sold | 7/12 | J | A | |
| 90. INTERNATIONAL FLAV & FRA | A | Dividend | | | Sold | 2/17 | J | A | |
| 91. AMB PROPERTY CORP COM | A | Dividend | | | Purchased | 2/17 | J | | |
| 92. BAKER HUGHES INC | A | Dividend | | | Purchased | 12/14 | K | A | |
| 93. BANK AMERICA CORP | A | Dividend | | | Purchased | 4/21 | J | A | |
| 94. CHESAPEAKE ENERGY CORP. | A | Dividend | | | Purchased | 12/14 | K | A | |
| 95. DIAMOND OFFSHORE | A | Dividend | | | Purchased | 7/29 | J | A | |
| 96. ENI SPA SPONSORED ADR | A | Dividend | | | Purchased | 7/12 | J | A | |
| 97. HEALTH CARE PPTY INVS COM | A | Dividend | | | Purchased | 4/21 | J | A | |
| 98. INTEL CORP | A | Dividend | | | Purchased | 7/12 | J | A | |
| 99. ISHARES INC MSCI CDA INDEX | A | Dividend | | | Purchased | 3/4 | K | A | |
| 100. ISHARESTR DJ SEL DIV INX | A | Dividend | | | Purchased | 7/12 | J | A | |
| 101. J P MORGAN CHASE & CO COM | A | Dividend | | | Purchased | 4/21 | J | A | |
| 102. J P MORGAN CHASE & CO COM | A | Dividend | | | Purchased | 12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. KERR MCGEE CORP | A | Dividend | | | Purchased | 2/17 | J | A | |
| 104. OCCIDENTAL PETE CP DEL | A | Dividend | | | Purchased | 2/17 | J | A | |
| 105. OIL SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | | | Purchased | 2/17 | J | A | |
| 106. OI. SVC HOLDRS TR DEPOSTRY RCPT | A | Dividend | | | Purchased | 3/4 | J | A | |
| 107. PIMCO CORPORATE INC FD COM | A | Dividend | | | Purchased | 2/17 | K | A | |
| 108. SECTOR SPDR TR SBI INT-ENERGY | A | Dividend | | | Purchased | 2/17 | J | A | |
| 109. TEMPLE INLAND INC. | A | Dividend | | | Purchased | 7/12 | J | A | |
| 110. TEXAS INSTRUMENTS | A | Dividend | | | Purchased | 7/12 | J | | |
| 111. USX--US STEEL | A | Dividend | | | Purchased | 2/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#15. Bank One (IRA) funds sold and replaced by Ameristock Mutual Fund, Marisco Focus Fund, MSIF Inc. Real Estate Fund, Navellier Mid Cap Fund, PBHC Mid Cap Fund, Pimco Total Return, Pacific Capital Small Cap Fund, Sentine High Yield Bond Fund, a total value of $42,150.84.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#21. Assets of Testmentary Trust.

(1) Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana. The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's ███████ who is income beneficiary for life or remarriage. Turstee's █████████████ are the principal beneficiaries of the Trust.

(2) Lot ████████████ Geneva County, Alabama, appraised value $600

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#25. GNMA'S POOL BONDS is principle reduction on a government mortgage pool.

#79. SCHWABB MONEY MARKET FUND is funds in an IRA cash reserve with money in and out, similiar to a bank account. This fund is treated like a CD, and some of the funds are used to purchase other stocks, i.e., the value at beginning of the year was greater than the value at the end as the funds were reduced by purchase of more shares in fund. $100,000 of these funds were used to purchase VANGUARD INDEX TOTAL STOCK MARKET.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa                                                      Date 8/16/06

NOTE: WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544